Kenneth L. Neeley, 025899
Nicholas T. Van Vleet, 026933
Geoffrey M. Khotim, 01951
Karen G. Bentley, 034148
**NEELEY LAW FIRM, PLC**
1120 S. Dobson Rd., Ste. 230
Chandler, AZ 85286
Tel: 480.802.4647 | Fax: 480.907.1648
Email: ecf@neeleylaw.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| **ROBERT B. BIGELOW** | Case No. 0:20-bk-00089-PS |
| **JODEE L. BIGELOW** | **MOTION TO SUBSTITUTE COUNSEL FOR DEBTORS** |
| Debtors. | |

Pursuant to Local Rule 9010-1(e), Robert B. Bigelow and JoDee L. Bigelow ("Debtors"), hereby apply for an order substituting their current counsel, Benjamin Wright of Wright Law Offices, for Geoffrey M. Khotim and the Neeley Law Firm, PLC. The debtors wish to substitute counsel because they feel the Neeley Law Firm better serves their needs.

Substituting counsel can be reached at the address, phone number, and e-mail indicated at the top of this Motion.

**WHEREFORE**, the Debtors request that the Court enter the Order Substituting Counsel.

DATED: February 24, 2023　　　　　　　　　　　　　**NEELEY LAW FIRM, PLC**

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Geoffrey M. Khotim*
　　　　　　　　　　　　　　　　　　　　　　　　　　Geoffrey M. Khotim
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: Debtors' current counsel by email at bwright@wloaz.com, the U.S. Trustee by ECF, and the Chapter 13 Trustee by ECF on this day, February 23, 2023.

By: */s/ Angela Daniel*