SIGNED.

Dated: February 24, 2023

**Paul Sala, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 0:20-bk-00089-PS |
| **ROBERT B. BIGELOW** | **ORDER SUBSTITUTING COUNSEL FOR DEBTORS** |
| **JODEE L. BIGELOW** | |
| Debtors. | |

Upon motion by the Debtors and for good cause appearing,

**IT IS ORDERED**,

A. That Benjamin Wright of Wright Law Offices, be relieved of further representation of the Debtors in this case and removed as attorney of record;

B. That Geoffrey M. Khotim and the Neeley Law Firm, PLC is substituted in as attorney of record for Debtors in this case, and all future filings in this case shall be served on them at:

Geoffrey M. Khotim
Neeley Law Firm, PLC
1120 S. Dobson Rd., Ste. 230
Chandler, AZ 85286
Tel: (480) 802-4647
Fax: (480) 907-1648
Email: ecf@neeleylaw.com;

C. That the Debtors shall give notice of this substitution to all interested parties pursuant to Local Rule 9010-1(c); and

D. That the Clerk shall reflect this substitution on the Docket.

*DATED AND SIGNED ABOVE*